

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00035-CV

Dominique **SMITH**,
Appellant

v.

**METAMORPHOSIS CONSULTING, INC.** d/b/a Freedom Practice Coaching,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14530
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED June 19, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice